1  Curtis A. Graham, Bar No. 215745
   Michelle Rapoport, Bar No. 247459
2  E. Cliff Martin, Bar No. 227357
   FORD & HARRISON LLP
3  350 South Grand Avenue, Suite 2300
   Los Angeles, CA  90071
4  Telephone:   (213) 237-2400
   Facsimile:    (213) 237-2401
5  E-mail:        cgraham@fordharrison.com
                  mrapoport@fordharrison.com
6                 cmartin@fordharrison.com

7  Attorneys for Defendants
   Lawyers Title Company, Lawyers Title Insurance
8  Corporation, Commonwealth Land Title Insurance
   Company, Commonwealth Land Title Company,
9  Fidelity National Title Insurance Company, and
   Chicago Title Insurance Company (erroneously
10 sued as Chicago Title Insurance Corporation)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PETERS, CLAUDINE KUHN, MICHELLE MANNING, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANDAMERICA FINANCIAL GROUP, INC., a Virginia Corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California Corporation; CHICAGO TITLE INSURANCE CORPORATION, a Nebraska Corporation, and DOES 5-100, inclusive,<br><br>Defendants. | Case No.<br><br>CV11-04286 DSF (FFMx)<br><br>DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S NOTICE OF RELATED CASE |

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:105048.1

NOTICE OF RELATED CASE

TO THE COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Chicago Title Insurance Company hereby files the following Notice of Related Case. The matter of *James Burda v. Fidelity National Management Services, LLC* (current case number 8:11-CV-00247 JVS MLGx) is related in that it involves similar facts and law as the current matter.

Dated: May 18, 2011

Respectfully submitted,

FORD & HARRISON LLP

By: /s/ M. Rapoport
Curtis A. Graham
Michelle Rapoport
E. Cliff Martin
Attorneys for Defendants
Lawyers Title Company, Lawyers Title Insurance Corporation, Commonwealth Land Title Insurance Company, Commonwealth Land Title Company, Fidelity National Title Insurance Company, and Chicago Title Insurance Company (erroneously sued as Chicago Title Insurance Corporation)

## PROOF OF SERVICE

I, Karina Ramirez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On May 18, 2011, I served a copy of the within document(s):

**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S NOTICE OF RELATED CASE**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- ☐ by placing the document(s) listed above in a sealed Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an Overnite agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Timothy D. Cohelan, Esq.
Isam C. Khoury, Esq.
Michael D. Singer, Esq.
Jeff Geraci, Esq.
Cohelan Khoury & Singer
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Nicholas Wagner, Esq.
Andrew B. Jones, Esq.
Daniel M. Kopfman, Esq.
Law Offices of Wagner & Jones
1111 E. Herndon, Suite 317
Fresno, CA 93720
Telephone: (559) 449-1800
Facsimile (559) 449-0749

Stephen R. Cornwell, Esq.
Cornwell & Sample
7045 No. Fruit Ave.
Fresno, CA 93711
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

1 | I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 18, 2011, at Los Angeles, California.

_____
Karina Ramirez