Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58759
Michael D. Singer, Esq., SBN 115301
Jeff Geraci, Esq., SBN 151519
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

Nicholas Wagner, Esq., SBN 109455
Andrew B. Jones, Esq., SBN 076915
Daniel M. Kopfman, Esq., SBN 192191
**LAW OFFICES OF WAGNER & JONES**
1111 E. Herndon, Suite 317
Fresno, CA 93720
Telephone: (559) 449-1800/Facsimile: (559) 449-0749

Stephen R. Cornwell, Esq., SBN 040737
**CORNWELL & SAMPLE**
7045 No. Fruit Ave.
Fresno, CA 93711
Telephone: (559) 431-3142/Facsimile: (559) 436-1135

Attorneys for Plaintiffs LAURA PETERS, CLAUDINE KUHN, and MICHELLE MANNING, on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LAURA PETERS, CLAUDINE KUHN, MICHELLE MANNING, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LANDAMERICA FINANCIAL GROUP, INC., a Virginia Corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California Corporation; CHICAGO TITLE INSURANCE CORPORATION, a Nebraska Corporation, and DOES 5-100, inclusive, <br><br> Defendants. | CASE NO. CV11-04286 JVS (MLGx) <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> **[FRCP 8(a), 12 (e)]** <br><br> Date: June 27, 2011 <br> Time: 1:30 p.m. <br> Ctrm: 10C <br> Judge: Hon. James V. Selna <br><br> Complaint removed: May 25, 2011 <br> Trial Date: None set |

## INTRODUCTION AND PROCEDURAL BACKGROUND

*Peters v. LandAmerica* is a putative wage and hour class action on behalf of non-exempt employees of several title and escrow companies for unpaid overtime. Defendants stipulated to the filing of the First Amended Complaint in Los Angeles Superior Court on May 4, 2011. Defendants removed the case on May 20, 2011, and filed a Motion to Dismiss or for More Definite Statement on May 25, 2011.

After review of the Motion, Plaintiffs' counsel advised Defense counsel an amended complaint would be filed and requested the motion be continued, not taken off calendar, for a short period of time, and that a Second Amended Complaint (SAC) be filed by June 27, 2011, the current hearing date of the Motion. That request was refused.

Plaintiffs still intend to file a SAC, but file this Opposition to comply with Local Rules 7-9 and 7-12, and make clear they are asserting their rights under Fed.R.Civ.P., Rule 15(a).

Local Rule 7-3 requires the party moving to dismiss to "contact opposing counsel to discuss thoroughly," the substance of the motion, "at least five (5) days, prior to the last day for filing the motion." An email was sent on May 23, 2011, after the close of business, advising the motion would be filed. Plaintiffs' counsel was prepared to review the motion, or specific areas counsel for the defense believed should be amended, but the motion was required to be filed, and was, on May 25, 2011. With additional time, it may have been possible for this motion to have been avoided, as contemplated by the Local Rules.

Plaintiffs' counsel advised defense counsel the motion to dismiss was not a responsive pleading, and of plaintiffs' absolute right to amend. Defense counsel questioned whether, "this was the law." This is, of course, found in this Court's "Initial Order Following Filing of Complaint Assigned to Judge Selna," which

requires the "the defendant who removed the case" to "serve this order on all other parties."  This was not done.

## CONCLUSION

Plaintiffs advise the Court of their intent to file a Second Amended Complaint on or before June 27, 2011. Fed.R.Civ.P., Rule 15(a).

Respectfully submitted,

DATED: June 6, 2011

**COHELAN KHOURY & SINGER**
**LAW OFFICES OF WAGNER & JONES**
**CORNWELL & SAMPLE**

**By:** s/Jeff Geraci
Jeff Geraci
Counsel for Plaintiffs