UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 11-04286-JVS (MLGx) | Date February 15, 2012 |
| Title Laura Peters, et al. V. Landamerica Financial Group Inc., et al. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS)
   Order To Show Cause re Failure to Comply with Court Order

　　　　Following the grant of plaintiffs' motion to continue the trial on December 6, 2011, the parties were ordered to submit "forthwith" a stipulation for the balance of the pretrial dates, the Court having set the trial and pretrial conference dates.  (See Docket No. 42, p. 5.)  The parties have failed to do so.

　　　　The parties are ordered to show cause on February 27, 2012 at 8:00 a.m. why the Court should not strike the complaint/answer and/or impose monetary or other sanctions on the parties and/or counsel for failure to comply with the Court's order.  Written responses shall be made no later that February 22, 2012.

　　　　A stipulation providing the balance of the dates will be deemed an adequate response, in which case the order to show cause will be discharged and taken off calendar.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | kjt | | |